UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                              Chapter 11
                                                    Case No. 11-23594
Harvest Assembly of God, a Religious,
Not for Profit Corporation,
                                                    **AFFIDAVIT UNDER**
                    Debtor.                         **LOCAL RULE 1007-2**
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF ROCKLAND   )

Michel Beaudouin, being duly sworn deposes and says:

1. I am the Pastor and President of Harvest Assembly of God, a Religious Not For Profit Corporation, which filed a petition for relief under Chapter 11 of Title 11 of the United States Code in this Court.

2. The Debtor maintains its principal offices at 4 Lincoln Street, Haverstraw, New York 10927. All of the books and records of the business are kept at that address in New York.

3. The Chapter 11 petition was filed to reorganize the Debtor's unsecured debt and to stay a Foreclosure Sale on property Owned by the Debtor in Haverstraw, New York.

4. This is an original case under Chapter 11.

5. There has been no Committee of Creditors organized prior to the filing of the Chapter 11 petition herein.

6. A list of the Debtor's twenty largest creditors is annexed as Exhibit "A". The list contains both secured and unsecured creditors as some of the secured creditors may be unsecured.

7. There is one secured creditor holding a security interest in the church property, consisting of a building and property in Haverstraw, New York.

8. No shares of the Debtor are publicly traded.

9. No property of the Debtor is in the possession or custody of a receiver.

10. The Debtor is a Religious, Not for Profit Corporation.

11. The Debtor's assets are located solely in Rockland County, State of New York. There are no assets located outside the territorial limit of the United States.

12. There is a foreclosure action presently pending against the Debtor in Rockland County, New York by the Church Extension Board to foreclose on a mortgage extended to construct the church building years ago. Judgment has been rendered and a foreclosure sale is scheduled for August 9, 2011.

13. The Debtor's Pastor and President is Michel Beaudouin, who has managed the Debtor since its inception. He will continue as Pastor and President.

14. The Debtor intends to rehabilitate the operation of its business and the management of its property as a Debtor-in-possession in accordance with the provisions of Chapter 11 of the Bankruptcy Code, and intends to attempt to modify and extend its existing loan or to refinance and will propose a Plan pursuant to the provisions of the Bankruptcy Code.

15. The Debtor has no weekly payroll. At the present time the Pastor and President does not receive a salary and only receives nominal amounts to cover expenses.

There are no other paid employees. All other persons involved in the church activities donate their time.

16. There will be cash receipts during the next thirty days which are donations and/or payments for use of the building which will range between $4,000.00 and $7,500.00.

17. This filing was precipitated by the imminent foreclosure of the property. While the filing concerns a foreclosure of the only property owned by the Debtor, this is truly not a single asset real estate case as the true business of the Debtor is as a House of Worship.

18. The Debtor believes it can effect a Plan of Reorganization which will be acceptable to its creditors.

19. The Debtor is convinced that a liquidation of its assets would not be in the best interest of any of the parties hereto.

20. That by reason of the foregoing, the Debtor believes that the interest of all parties would best be served by a continuation of the Debtor as a Debtor-in-possession and in the management of its affairs and assets while the reorganization process unfolds under Chapter 11.

HARVEST ASSEMBLY OF GOD, a RELIGIOUS
NOT FOR PROFIT CORPORATION

By: _____
Rev. Michel Beaudouin, Pastor and President

Sworn to before me this
3rd day of August, 2011

_____
NOTARY PUBLIC

MICHELLE TREBACH
Notary Public, State of New York
No. 01TR4947296
Qualified in Orange County
Commission Expires February 21, 20__

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  Harvest Assembly of God, a Not for Profit Religious Corporation    Case No. 11-23594
                                    Debtor(s)                              Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alourdes Desravines<br>1336 Elder Avenue<br>Bronx, NY 10472-1502 | Alourdes Desravines<br>1336 Elder Avenue<br>Bronx, NY 10472-1502 | | | 5,000.00 |
| Bernie Cyrille<br>19 Roosevelt Avenue<br>West Haverstraw, NY 10993 | Bernie Cyrille<br>19 Roosevelt Avenue<br>West Haverstraw, NY 10993 | | | 5,000.00 |
| Jean Samedi<br>Eglise Evangelique Eben-Ezer<br>Stamford, CT | Jean Samedi<br>Eglise Evangelique Eben-Ezer<br>Stamford, CT | | | 2,000.00 |
| Marie G. Beaudouin<br>7 Ladentown Road<br>Pomona, NY 10970 | Marie G. Beaudouin<br>7 Ladentown Road<br>Pomona, NY 10970 | | | 40,000.00 |
| Olga Cineus<br>200 Dashew Court<br>Suffern, NY 10901 | Olga Cineus<br>200 Dashew Court<br>Suffern, NY 10901 | | | 5,000.00 |
| Soleen Desravines<br>1336 Elder Avenue<br>Bronx, NY 10472-1502 | Soleen Desravines<br>1336 Elder Avenue<br>Bronx, NY 10472-1502 | | | 5,000.00 |
| Town of Haverstraw<br>Receiver of Taxes<br>1 Rosman Road<br>Garnerville, NY 10923 | Town of Haverstraw<br>Receiver of Taxes<br>1 Rosman Road<br>Garnerville, NY 10923 | 2010 Sewer Tax | | 472.12 |
| Toyota Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197-5855 | Toyota Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197-5855 | 2007 Toyota Forerunner - approximately 108000 miles | | 15,301.59<br><br>(11,825.00 secured) |
| Venite Cyrille<br>19 Roosevelt Avenue<br>West Haverstraw, NY 10993 | Venite Cyrille<br>19 Roosevelt Avenue<br>West Haverstraw, NY 10993 | | | 10,000.00 |
| Yvette Jasmin<br>88 W. Ramapo Road<br>Garnerville, NY 10923 | Yvette Jasmin<br>88 W. Ramapo Road<br>Garnerville, NY 10923 | | | 20,000.00 |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  Harvest Assembly of God, a Not for Profit Religious Corporation
　　　　　　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President & Pastor of the named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _8/5/11_　　　　　　Signature _Rev. Michel Beaudouin_
　　　　　　　　　　　　　　　　　　　　Rev. Michel Beaudouin
　　　　　　　　　　　　　　　　　　　　President & Pastor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.